United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13415-mdc
Millie D. Canty                                                         Chapter 13
Millie D. Canty
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi           Page 1 of 1              Date Rcvd: Jul 20, 2018
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db            +Millie D. Canty,   MAILING ADDRESS,   P.O. Box 953,   Philadelphia, PA 19105-0953

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
          DAVID M. OFFEN   on behalf of Debtor Millie D. Canty dmo160west@gmail.com,
           davidoffenecf@gmail.com
          KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Millie D. Canty | CHAPTER 13 |
| Debtor(s) | |
| | |
| Toyota Motor Credit Corporation | |
| Movant | |
| vs. | NO. 18-13415 mdc |
| | |
| Millie D. Canty | |
| Debtor(s) | |
| | |
| William C. Miller Esq. | 11 U.S.C. Section 362 |
| Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and

after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2012 TOYOTA RAV4, VIN:

2T3BF4DV1CW221854  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

Signed this /7ᵗʰ day of July , 2018.

Magdeline D. C_____
United States Bankruptcy Judge.

cc: See attached service list

Millie D. Canty
P.O. Box 953
Philadelphia, PA 19105

David M. Offen
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532