Certificate Number: 12433-PAE-DE-031630204

Bankruptcy Case Number: 18-13415



12433-PAE-DE-031630204

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2018, at 8:45 o'clock PM EDT, Millie Canty completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 17, 2018        By:     /s/Candace Jones

                                Name:   Candace Jones

                                Title:  Counselor