United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-13415-mdc
Millie D. Canty                                                 Chapter 13
Millie D. Canty
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer          Page 1 of 2          Date Rcvd: May 30, 2019
                              Form ID: pdf900         Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db            +Millie D. Canty,    MAILING ADDRESS,    P.O. Box 953,    Philadelphia, PA 19105-0953
db            +Millie D. Canty,    4811 N. Franklin Street,    Philadelphia, PA 19120-3737
14111630       American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
14165910       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14111633      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
14166251       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
14111639     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings Credit Card,    500 E 60th St N,
                Sioux Falls, SD 57104)
14111640       Hahnemann University Hospital,    P.O. Box 741230,    Atlanta, GA 30384-1230
14111642      +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
                Lawrenceville, GA 30043-8228
14127279      +TD Bank NA,    c/o Martin A. Mooney, Esq.,    950 New London Rd., Ste. 109,
                Latham, NY 12110-2190
14126483      +TD Bank, N.A.,    Payment Processing, PO BOX 16029,    Lewiston, ME 04243-9507
14111652     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                Cedar Rapids, IA 52409)
14111650       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14126377      +Toyota Motor Credit Corp.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14119898      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14111653      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14173381       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov May 31 2019 02:57:51    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2019 02:57:14
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 31 2019 02:57:46    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:02:59    Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14111631      +E-mail/Text: bankruptcy@sccompanies.com May 31 2019 02:56:55
                AmeriMark Premiere Easy Pay Plan,    PO Box 2845,    Monroe, WI 53566-8045
14111632      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 03:04:35    Capital One Na,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14111634       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2019 02:57:06    Comenity Capital Bank/HSN,
                Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
14111635      +E-mail/PDF: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2019 02:57:07    Comenitycapital/boscov,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14111636      +E-mail/PDF: creditonebknotifications@resurgent.com May 31 2019 03:03:05    Credit One Bank,
                Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14127229       E-mail/Text: mrdiscen@discover.com May 31 2019 02:56:59    Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14111637      +E-mail/Text: mrdiscen@discover.com May 31 2019 02:56:59    Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14111638       E-mail/Text: bnc-bluestem@quantum3group.com May 31 2019 02:58:11    Fingerhut,    P.O. Box 166,
                Newark, NJ 07101-0166
14111641      +E-mail/Text: bncnotices@becket-lee.com May 31 2019 02:57:00    Kohls/Capital One,
                Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14113431       E-mail/Text: ktramble@lendmarkfinancial.com May 31 2019 02:56:55
                Lendmark Financial Services, LLC,    2118 Usher Street,    Covington GA 30014
14171336       E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 03:03:14
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14165024      +E-mail/Text: bankruptcydpt@mcmcg.com May 31 2019 02:57:30    Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14111643      +E-mail/Text: bankruptcy@sccompanies.com May 31 2019 02:58:24    Montgomery Ward,
                3650 Milwaukee Street,    Madison, WI 53714-2304
14173662       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:03:45
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14112414      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:04:37
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14170288       E-mail/Text: bnc-quantum@quantum3group.com May 31 2019 02:57:09
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA 98083-0788
```

```
District/off: 0313-2          User: Jennifer              Page 2 of 2              Date Rcvd: May 30, 2019
                              Form ID: pdf900             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14111644       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:03:00      Syncb/car Care Pep B,
                 Po Box 96060,   Orlando, FL 32896-0001
14111645       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:03:43      Syncb/hhgreg,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14111646       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:03:42      Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,   Po Box 965061,   Orlando, FL 32896-5061
14111647       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:03:42      Synchrony Bank/QVC,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14111648       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:03:42      Synchrony Bank/ShopNBC,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14111649       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:02:59      Synchrony Bank/Walmart,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14111651        E-mail/Text: bankruptcy@td.com May 31 2019 02:57:33      TD Bank, N.A.,   32 Chestnut Street,
                 Po Box 1377,   Lewiston, ME 04243
                                                                                              TOTAL: 27

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Millie D. Canty dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MILLIE D CANTY | Chapter 13 |
| Debtor | Bankruptcy No. 18-13415-MDC |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this ____30th_____ day of _____May_____, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
MILLIE D CANTY

PO BOX 953

PHILADELPHIA, PA 19105